■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. ROBERTSON, Appellant. [768 NYS2d 645]—

Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered October 19, 2001, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The decision to permit the withdrawal of a plea of guilty is directed to the sound discretion of the court (*see* CPL 220.60 [3]; *People v Frederick,* 45 NY2d 520 [1978]). The County Court properly exercised its discretion in denying the defendant's motion to withdraw his plea. The minutes of the plea proceeding show that the defendant entered a knowing and voluntary plea and there is nothing in the record to suggest that the plea was improvident or baseless (*see People v Polite,* 259 AD2d 566 [1999]). The record of the plea proceeding, in which the defendant expressly stated under oath that he was not coerced or threatened into pleading guilty, belies his claim of coercion (*see People v Murray,* 245 AD2d 531 [1997]; *People v Breeden,* 221 AD2d 352 [1995]). Altman, J.P., S. Miller, McGinity, Adams and Mastro, JJ., concur.